

SULLIVAN|BRILL
ATTORNEYS AT LAW

TRINITY CENTRE
115 BROADWAY, 17TH FLOOR
NEW YORK, NY 10006
TEL: (212) 566-1000
FAX: (212) 566-1068

December 16, 2020

**VIA ECF**
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

<u>United States v. Jose Viton</u>
19 Cr. 655 (JMF)

Dear Judge Furman:

    I am the attorney for Mr. Viton, who has pled guilty to Conspiracy to Commit Money Laundering before Your Honor on September 9, 2019. He is scheduled for a status sentencing on June 15, 2021. Mr. Viton resides in Florida, and is restricted to travel in the SDNY and the SDF (Southern District of Florida).

    Mr. Viton is respectfully requesting permission to travel from Orlando from December 23-26 to visit his family for Christmas. Notably, Orlando is considered the Middle District of Florida. Should he receive permission to travel, I will advise Mr. Viton to provide pre-trial services (PTS) with a full and detailed itinerary.

    I have spoken to both AUSA Emily Johnson and PTS. Ms. Johnson has no obejction. PTS advises me that they take no position, but represent that Mr. Viton has fully complied with his bail conditions. Thank you for your consideration.

Very truly yours,

SULLIVAN|BRILL, LLP

_____
By: Steven Brill

Application GRANTED. The Clerk of Court is directed to terminate Doc. #33. SO ORDERED.

December 16, 2020