

June 3, 2021

**VIA ECF**
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

<u>United States v. Jose Viton</u>
19 Cr. 655 (JMF)

Dear Judge Furman:

Mr. Viton pled guilty to Conspiracy to Commit Money Laundering on September 9, 2019. He is scheduled for sentencing on June 15, 2021, but an application to adjourn may be forthcoming. Mr. Viton resides in Miami and is restricted to travel in the SDNY and the SDF (Southern District of Florida).

Mr. Viton is respectfully requesting permission to travel from Florida to Los Angeles from June 16 to June 20 for his wife's birthday. I have spoken to both AUSA Emily Johnson and his PTS officer. PTS advises me that Mr. Viton is compliant with his bail conditions, and they have no objection. AUSA Johnson defers to PTS. Should he receive permission to travel, I will advise Mr. Viton to provide PTS with a full and detailed itinerary.

Thank you for your consideration.

Very truly yours,

SULLIVAN|BRILL, LLP

By: Steven Brill

Application GRANTED. Mr. Viton shall provide PTS with a full and detailed itinerary at least one week before his departure. The Clerk of Court is directed to terminate ECF No. 35.

SO ORDERED.

June 4, 2021