UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                                          :

UNITED STATES OF AMERICA                :

                -v-                                       :                19-CR-655 (JMF)

JOSE ANTONIO VITON,                  :                <u>SCHEDULING ORDER</u>

            Defendant.                     :

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       It is hereby ORDERED that sentencing in this matter, presently scheduled for **December 17, 2021**, is ADJOURNED to **January 13, 2022,** at **3:15 p.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007.

       SO ORDERED.

Dated: October 12, 2021
       New York, New York                                _____
                                                                  JESSE M. FURMAN
                                                            United States District Judge