

December 22, 2021

**Via ECF**
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:   *United States of America v. Jose Viton*
               **Ind. No.: 19 Cr. 655 (JMF)**

Dear Judge Furman:

    A sentencing hearing is presently scheduled for January 13, 2022. However, due to time allocated to a recently completed trial, and an upcoming vacation schedule, I am respectfully requesting that the Court adjourn this hearing to February 9, 2022. This adjournment will allow me sufficient time to prepare a comprehensive sentencing submission. The government has no objection to this request.

    Thank you for your consideration.

                                             Very truly yours,

                                             SULLIVAN|BRILL, LLP

                                             _____
                                             By: Steven Brill

Application GRANTED. Sentencing is hereby ADJOURNED to February 9, 2022, at 10:30 a.m. The Clerk of Court is directed to terminate Doc. #45. SO ORDERED.

December 21, 2021