

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

February 19, 2023

**VIA ECF**
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

        Re:   *United States of America v. Jose Viton*
                19 Cr. 655 (JMF)

Dear Judge Furman:

      On March 3, 2022, Your Honor sentenced Mr. Viton to Supervised Release for two years. Since then, Mr. Viton has complied fully with probation, maintain full-time employment, continues to pay restitution, and is in a stable marital relationship.

      For his Mother-in-Law's birthday, he would like to travel on a cruise with his family, from Miami to the Bahamas, on May 15-19, 2023. I have spoken to his probation officer in Miami, and he has no objection to the trip. He explained to me that any international travel request must be made with the sentencing judge.

      It is therefore respectfully requested that Your Honor grant permission for Mr. Viton to take this trip. Thank you for your consideration.

Very truly yours,

SULLIVAN|BRILL, LLP

_____
By: Steven Brill

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 58.

SO ORDERED.

February 21, 2023