

December 4, 2023

**VIA ECF**
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

       Re:    *United States of America v. Jose Viton*
              19 Cr. 655 (JMF)

Dear Judge Furman:

    On March 3, 2022, Your Honor sentenced Mr. Viton to Supervised Release for a term of two years. Since then, Mr. Viton has complied fully with probation, and is now on minimal supervision with the requirement to check in once per month. In fact, Mr. Viton tells me that he no longer has a set Probation Officer.

    I am writing to respectfully request that Mr. Viton be permitted to travel to Chicago from December 15-17, 2023, to visit with friends. If requested or required, Mr. Viton will provide his itinerary to Probation in advance of his trip.

    Thank you for your consideration.

                                         Very truly yours,

                                         SULLIVAN|BRILL, LLP

                                         _____
                                         By: Steven Brill

Application DENIED without prejudice to renewal if counsel confers with the Government and Probation and includes their views on the matter.

The Clerk of Court is directed to terminate Docket No. 60.

SO ORDERED.

December 5, 2023